## Commonwealth ex rel. Poteet, Appellant, v. Myers.

Submitted September 13, 1965. *Clarence Edward Poteet*, appellant, in propria persona; *Lewis H. Markowitz*, Assistant District Attorney, and *Daniel W. Shoemaker*, District Attorney, for appellee.

Order affirmed.